UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TONY LAMAR CARD,<br><br>                Plaintiff,<br>    v.<br><br>PHILIP K. SORENSON,<br><br>                Defendant. | No. 3:25-CV-5216-TMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Plaintiff's Application to Proceed IFP (Dkt. 1) is denied, this case is dismissed with prejudice as frivolous and for failure to state a claim, and any IFP status on appeal is denied without prejudice to Plaintiff to file with the Ninth Circuit U.S. Court of Appeals an application to proceed IFP.

    (3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 11th day of April, 2025.

_____
Tiffany M. Cartwright
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1